CITY OF MERIDEN *v.* AUDREY WILLAMETZ ET AL.
(4909)

DUPONT, C. J., HULL and DALY, Js.

Submitted on briefs February 9—decision released February 17, 1987

*Joseph Patrucco* filed a brief for the appellant (named defendant).

*A. Jeffrey Somers* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.